# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lyon Financial Services, Inc., d/b/a<br>ChoiceHealth Finance, with its principal<br>offices in Marshall, Minnesota, | Civil No. 10-4117 (RHK/JJG)<br><br>**ORDER** |
| Plaintiff, | |
| v. | |
| Kingston Family Medicine, LLC, a<br>South Carolina limited liability company,<br>Charlotte Sloan and James L. Floyd,<br>individually, | |
| Defendants. | |

The Court, having considered the parties' Stipulation for Dismissal With Prejudice (Doc. No. 15), **IT IS ORDERED** that all of the Plaintiff's claims against Defendants Kingston Family Medicine, LLC and James L. Floyd are **DISMISSED WITH PREJUDICE**, with each party to bear its own cost, attorney's fees and other expenses of litigation.

Dated: December 30, 2010

                                                              s/Richard H. Kyle
                                                              RICHARD H. KYLE
                                                              United States District Judge