**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Lyon Financial Services, Inc., d/b/a ChoiceHealth Finance, with its principal offices in Marshall, Minnesota,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Kingston Family Medicine, LLC, a South Carolina limited liability company, Charlotte Sloan and James L. Floyd, individually,<br><br>　　　　　　Defendants. | Civil No. 10-4117 (RHK/JJG)<br><br>**ORDER** |

---

The Court, having considered the parties' Stipulation for Dismissal With Prejudice (Doc. No. 18), **IT IS ORDERED** that all of the Plaintiff's claims against Defendant Charlotte Sloan are **DISMISSED WITH PREJUDICE**, with each party to bear its own cost, attorney's fees and other expenses of litigation.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: January 18, 2011

　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　United States District Judge